IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3082 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANE ALLEN SCHUTTE, | ) | MEMORANDUM AND ORDER |
| MARIA DEL SAGRARIO SCHUTTE, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

Defendant Maria Schutte has moved for a 30-day extension of the deadline for filing pretrial motions. (Filing No. 24). Her counsel explains that he recently received a CD and/or DVD of investigative report from the government, and he needs additional time to review these reports in order to determine if pretrial motions should be filed. Counsel for the government does not object to the requested continuance. The court finds defendant Maria Schutte's motion should be granted.

IT IS ORDERED:

1) Defendant Maria Schutte's motion to continue the deadline for filing pretrial motions, (filing no. 24), is granted and defendants' pretrial motions and briefs shall be filed on or before August 28, 2009.

2) The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between July 24, 2009 and August 28, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due

    diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3)     As to all defendants, the trial of this case, currently scheduled for August 31, 2009, is continued and will be re-scheduled upon the resolution of any pretrial motions.

DATED this 30th day of July, 2009.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge